In the Matter of JACOB RUD, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Reported below, 264 App. Div. 529.
Submitted October 5, 1942; decided October 15, 1942.

*Einar Chrystie* for motion.

*Israel Hoffman* and *David Steckler* opposed.

Motion denied.

RICHFIELD OIL CORPORATION OF NEW YORK, Appellant, *v.* CITY OF SYRACUSE, Respondent.

LAURA MCCARTHY et al., Appellants, *v.* CITY OF SYRACUSE, Respondent.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 234.)